```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 44457
   JENNIFER J STOFFER
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-4132

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/02/2004 and was confirmed 01/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL  UNSECURED        42875.11          .00        42875.11
AMERICAN EXPRESS TRAVEL  UNSECURED         5375.33          .00         5375.33
CAPITAL ONE SERVICES     UNSECURED       NOT FILED          .00             .00
WORLD FINANCIAL NETWORK  UNSECURED          273.91          .00          273.91
HIGH LIFE ADVENTURES     UNSECURED       NOT FILED          .00             .00
US BANK/ELAN/RETAIL PAYM UNSECURED        14090.01          .00        14090.01
DANIEL J WINTER          DEBTOR ATTY      1,694.00                     1,694.00
TOM VAUGHN               TRUSTEE                                       4,027.54
DEBTOR REFUND            REFUND                                          894.10

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 69,230.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                     62,614.36
ADMINISTRATIVE                                 1,694.00
TRUSTEE COMPENSATION                           4,027.54
DEBTOR REFUND                                    894.10
                        ---------------      ---------------
TOTALS                  69,230.00             69,230.00
```

             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 44457 JENNIFER J STOFFER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 01/28/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```